UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| THERMAPURE, INC., a California corporation,<br><br>              Plaintiff,<br><br>vs.<br><br>QUICK DRY, INC. an Ohio corporation,<br><br>              Defendant. | Case No. 3:11-CV-2595<br><br>Honorable David A. Katz<br><br>**STIPULATION RE [1] ENTRY OF PERMANENT INJUNCTION; AND, [2] ORDER OF DISMISSAL** |

Whereas, Plaintiff ThermaPure, Inc. ("ThermaPure") and Defendant Quick Dry, Inc. have entered into a Settlement Agreement dated April 11, 2012 (the "Agreement").

Whereas, the contents of this Stipulation and the actions contemplated thereby are material terms of the Settlement Agreement;

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THROUGH THEIR ATTORNEYS OF RECORD THAT:

1. A permanent injunction shall be entered enjoining Defendant Quick Dry, Inc., its officers, directors, shareholders, agents, servants, employees, and all other entities and individuals acting in concert with them or on their

behalves (hereinafter collectively "Quick Dry"), from directly infringing, contributing to the infringement, or inducing infringement of U.S. Patent No. 6,327,812. In compliance with this permanent injunction, Quick Dry shall be precluded from: (1) using a plurality (more than one) of temperature monitoring probes (also known as "data loggers") in conjunction with a Water Out drying trailer; and (2) using heating equipment containing built in temperature monitoring probes and/or temperature monitoring software in conjunction with a Water Out drying trailer.

2. This injunction shall expire upon the expiration of the '812 Patent.

3. This action shall be dismissed with prejudice subject to the Court's retention of jurisdiction to enforce the settlement agreement.

SO STIPULATED

DATED: April 16, 2012        KNEAFSEY & FRIEND LLP

By _____
Shaun Swiger
Attorneys for Plaintiff, THERMAPURE, INC.

DATED: April 13, 2012        FRASER CLEMENS MARTIN & MILLER LLC

By _____
Jacob Ward
Attorneys for Defendant, QUICK DRY, INC.