UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| THERMAPURE, INC., a California corporation,<br><br> Plaintiff,<br><br> vs.<br><br>QUICK DRY, INC. an Ohio corporation,<br><br> Defendant. | Case No. 3:11-CV-2595<br><br>Honorable David A. Katz<br><br>**] ORDER ENTERING PERMANENT INJUNCTION AND DISMISSING ACTION** |

Based on the Stipulation re [1] Entry of Permanent Injunction; and [2] Dismissal submitted by Plaintiff ThermaPure, Inc. and Defendant Quick Dry, Inc. it is hereby ordered:

1. Defendant Quick Dry, Inc., its officers, directors, shareholders, agents, servants, employees, and all other entities and individuals acting in concert with them or on their behalves, are hereby enjoined from directly infringing, contributing to the infringement, or inducing infringement of U.S. Patent No. 6,327,812. This injunction shall expire upon the expiration of the '812 Patent.

2. This action is dismissed with prejudice subject to the Court's retention of jurisdiction to enforce the terms of the settlement agreement entered on April 11, 2012.

DATED: 4/16/12

/s/ David A. Katz
_____
Hon. David A. Katz
United States District Court Judge, Northern District of Ohio